# IN THE SUPREME COURT OF THE STATE OF NEVADA

PROIMTU MMI LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
          vs.
TRP INTERNATIONAL, INC., A
DELAWARE CORPORATION,
                    Respondent.

No. 70056

**FILED**

JUN 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order, certified as final under NRCP 54(b), in a breach of contract action. We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because, subsequent to the filing of the notice of appeal, the district court vacated the order challenged in this appeal. It thus appears that there is no longer a valid order from which to appeal. In response, appellant agrees that this appeal can be dismissed. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                            Stiglich

cc: Chief Judge, The Fifth Judicial District Court
Hon. Steven Elliott, Senior Judge
Fennemore Craig, P.C./Las Vegas
Pintar Albiston LLP
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A